In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK Relative to Acquiring Title to Lands for the Purpose of Opening Mount Vernon Avenue.

SAMUEL H. VALENTINE, as Trustee under the Will of SAMUEL M. VALENTINE, Deceased, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Mayor, etc., of N. Y. (Mt. Vernon Ave.)*, 127 App. Div. 650, affirmed.

(Argued November 12, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1908, which affirmed an order of Special Term confirming in part the report of commissioners of estimate and assessment in the above-entitled proceeding, but returning it for revision as to assessments for benefits.

*Barclay E. V. McCarty, Jared G. Baldwin, Jr.,* and *William H. Snowden* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.